No. 74–6593.  GARDNER *v.* FLORIDA, 430 U. S. 349.  Motion of respondent for reduction of costs denied.

No. 76–1117.  PELTZMAN *v.* KAUFMAN, CHIEF JUDGE, U. S. COURT OF APPEALS.  Motion for leave to file petition for writ of mandamus denied.

No. 76–1159.  QUERN, ACTING DIRECTOR, DEPARTMENT OF PUBLIC AID OF ILLINOIS, ET AL. *v.* MANDLEY ET AL.; and

No. 76–1416.  CALIFANO, SECRETARY OF HEALTH, EDUCATION, AND WELFARE *v.* MANDLEY ET AL.  C. A. 7th Cir.  Certiorari granted, cases consolidated, and a total of one hour allotted for oral argument.

No. 76–1334.  BORDENKIRCHER, PENITENTIARY SUPERINTENDENT *v.* HAYES.  C. A. 6th Cir.  Motion of respondent for leave to proceed *in forma pauperis* and certiorari granted.

No. 75–1644.  DRASSENOWER ET AL. *v.* LEVINE, INDUSTRIAL COMMISSIONER OF NEW YORK.  Ct. App. N. Y.  Certiorari denied.

No. 76–824.  NANCE *v.* UNION CARBIDE CORP., CONSUMER PRODUCTS DIVISION.  C. A. 4th Cir.  Certiorari denied.

No. 76–986.  NETELKOS ET AL. *v.* UNITED STATES; and
No. 76–1134.  GAMAREKIAN ET AL. *v.* UNITED STATES. C. A. 3d Cir.  Certiorari denied.

No. 76–999.  COE ET AL. *v.* CALIFANO, SECRETARY OF HEALTH, EDUCATION, AND WELFARE.  Certiorari before judgment to C. A. D. C. Cir. denied.